UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 09-6099 DSF (CWx) | Date | 9/29/09 |
| Title | Young Bin Kimberly Lee v. First National Bank of Arizona, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order GRANTING Motion for 90 Day Stay of Proceedings (Docket No. 11)

    Defendant Federal Deposit Insurance Corporation's motion for a 90 day stay of the proceedings in this case was filed on August 24, 2009. Opposition was due September 14, 2009. (See Standing Order ¶ 7(a).) A notice of non-opposition has been filed by Plaintiff. No opposition has been filed by any other party. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for October 5, 2009, is removed from the Court's calendar.

    The Court deems the lack of opposition to be consent to the motion. Local Rule 7-12; see also Ghazali v. Moran, 46 F.3d 52 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1993). The motion for a 90 day stay is GRANTED. The matter is stayed as to all parties, see 12 U.S.C. § 1821(d)(12)(B), until December 29, 2009. The pending motions to dismiss are continued to January 4, 2010, at 1:30 p.m.

    IT IS SO ORDERED.