UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 09-6099 DSF (CWx) | Date | 12/22/09 |
| Title | Young Bin Kimberly Lee v. First National Bank of Arizona, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order GRANTING Motions to Dismiss (Docket No. 12, 19)

   Defendants Wells Fargo Bank, N.A. and GMAC Mortgage, LLC have filed separate motions to dismiss. The hearings are set for January 4, 2010. Opposition was due December 15, 2009. (See Standing Order ¶ 7(a).) No opposition has yet been filed to either motion. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearings set for January 4, 2010, are removed from the Court's calendar.
   The Court deems the lack of opposition to be consent to the motions. Local Rule 7-12; see also Ghazali v. Moran, 46 F.3d 52 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1993). The motions to dismiss are GRANTED.
   Counsel for moving parties are to give notice.

   IT IS SO ORDERED.