E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant GMAC Mortgage, LLC (erroneously sued as GMAC WHOLESALE MORTGAGE CORPORATION)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG BIN KIMBERLY LEE, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FIRST NATIONAL BANK OF ARIZONA, formerly a Arizona Corporation; FIRST NATIONAL BANK OF NEVADA, formerly a Nevada corporation; THE FEDERAL DEPOSITORY INSURANCE COMPANY, a Federal agency as receiver for FIRST NATIONAL BANK OF ARIZONA and FIRST NATIONAL BANK OF NEVADA; WELLS FARGO, NA, a National Association organized and existing under the laws of the United States; GMAC WHOLESALE MORTGAGE CORPORATION, a Delaware corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. CV09-6099 DSF (CWx)<br><br>Honorable Dale S. Fischer<br><br>**NOTICE OF RULING**<br><br>[filed: July 14, 2009; removed August 20, 2009] |

TO PLAINTIFF YOUNG BIN KIMBERLY LEE AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Court granted the Motions to Dismiss of Wells Fargo Bank, N.A. and GMAC Mortgage, LLC (erroneously sued herein as

1 | GMAC Wholesale Mortgage Corporation).  A copy of the Order is attached hereto
2 | as Exhibit 1.  Accordingly, the January 4, 2010 hearing on the motions has been
3 | taken off calendar.

5 | DATED:  December 23, 2009

7 | By  /s/ Frederick A. Haist
8 | E. SCOTT PALMER
    | FREDERICK A. HAIST
    | PALMER, LOMBARDI & DONOHUE LLP
9 | Attorneys for Defendants GMAC Mortgage,
    | LLC (erroneously sued as GMAC
10 | WHOLESALE MORTGAGE
    | CORPORATION)

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 09-6099 DSF (CWx) | Date | 12/22/09 |
| Title | Young Bin Kimberly Lee v. First National Bank of Arizona, et al. | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order GRANTING Motions to Dismiss (Docket No. 12, 19)

    Defendants Wells Fargo Bank, N.A. and GMAC Mortgage, LLC have filed separate motions to dismiss. The hearings are set for January 4, 2010. Opposition was due December 15, 2009. (See Standing Order ¶ 7(a).) No opposition has yet been filed to either motion. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearings set for January 4, 2010, are removed from the Court's calendar.

    The Court deems the lack of opposition to be consent to the motions. Local Rule 7-12; see also Ghazali v. Moran, 46 F.3d 52 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1993). The motions to dismiss are GRANTED.

    Counsel for moving parties are to give notice.

    IT IS SO ORDERED.