SUZANNE M. HANKINS (State Bar No. 157837)
smh@severson.com
RYAN K. WOODSON (State Bar No. 224765)
rkw@severson.com
SEVERSON & WERSON, A Professional Corporation
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
SEVERSON & WERSON, A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A. (erroneously sued as WELLS FARGO, NA)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

YOUNG BIN KIMBERLY LEE,

Plaintiff,

vs.

FIRST NATIONAL BANK OF ARIZONA, formerly a Arizona corporation; FIRST NATIONAL BANK OF NEVADA, formerly a Nevada corporation; THE FEDERAL DEPOSITORY INSURANCE COMPANY, a Federal agency as receiver for FIRST NATIONAL BANK OF ARIZONA and FIRST NATIONAL BANK OF NEVADA; WELLS FARGO, NA, a National Association organized and existing under the laws of the United States; GMAC WHOLESALE MORTGAGE CORPORATION, a Delaware corporation; and DOES 1-10, inclusive,

Defendants.

Case No.: 2:09-CV-06099 DSF(CWx)
Hon. Dale S. Fischer
Ctrm. 840 - Roybal

**NOTICE OF ORDER GRANTING MOTIONS TO DISMISS**

Complaint filed: July 14, 2009

TO PLAINTIFF YOUNG BIN KIMBERLY LEE AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE on December 22, 2009, pursuant to the Court's order, granted Defendants Wells Fargo Bank, N.A. and GMAC Mortgage, LLC (erroneously sued as GMAC Wholesale Mortgage Corporation) Motion to Dismiss. The hearings set for January 4, 2010 has been removed from the Court's calendar. Attached hereto is a copy of the Order as Exhibit 1.

DATED: December 28, 2009

SEVERSON & WERSON
A Professional Corporation

By: /s/Ryan K. Woodson
SUZANNE M. HANKINS
RYAN K. WOODSON
Attorneys for Defendant
WELLS FARGO BANK, N.A.
(erroneously sued as WELLS FARGO, NA)

# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MEMORANDUM**

Case No. CV 09-6099 DSF (CWx) Date 12/22/09

Title Young Bin Kimberly Lee v. First National Bank of Arizona, et al.

Present: The Honorable DALE S. FISCHER, United States District Judge

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order GRANTING Motions to Dismiss (Docket No. 12, 19)

Defendants Wells Fargo Bank, N.A. and GMAC Mortgage, LLC have filed separate motions to dismiss. The hearings are set for January 4, 2010. Opposition was due December 15, 2009. (See Standing Order ¶ 7(a).) No opposition has yet been filed to either motion. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearings set for January 4, 2010, are removed from the Court's calendar.

The Court deems the lack of opposition to be consent to the motions. Local Rule 7-12; see also Ghazali v. Moran, 46 F.3d 52 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1993). The motions to dismiss are GRANTED.

Counsel for moving parties are to give notice.

IT IS SO ORDERED.

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the page of 18 and am not a party to this action. I am employed in the City of Irvine, California. My business address is Severson & Werson, 19100 Von Karman Avenue, Suite 700, Irvine, California 92612.

On the date below I served the within document(s) described as: **NOTICE OF ORDER GRANTING MOTIONS TO DISMISS** on the interested parties in this action:

☒ by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) ☐ addressed as follows: ☐ address as stated on the attached mailing list.

Young Bin Kimberly Lee
145 East Harmon Avenue, #1618
Las Vegas, NV 89109
— Plaintiff

Timothy D. Thurman, Esq.
TRINITY LAW ASSOCIATES, LLC
3255 Wilshire Blvd., Suite 1403
Los Angeles CA 90010
— Attorneys for plaintiff YOUNG BIN KIMBERLY LEE

Timothy D. Thurman, Esq.
TRINITY LAW ASSOCIATES, LLC
P.O. Box 38
South Pasadena, CA 93101

☒ **BY MAIL** (C.C.P. § 1013(a)) - I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☐ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 28, 2009, at Irvine, California.

By: Terri A. Keller
TERRI A. KELLER